UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIDIA EMELINDA PEREZ CRABBE,

                Plaintiff,

      -against-

U.S. SOCIAL SECURITY,

                Defendant.

22-CV-2626 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued April 5, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED, AND DECREED that under the October 18, 2019, order in *Crabbe v. Manhattan Mini Storage*, ECF 1:19-CV-0013, 6 (S.D.N.Y. Oct. 18, 2019), the complaint is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    April 5, 2022
            New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                          Chief United States District Judge